**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**CORY SETH ERICKSON,**<br><br>　　　　　　　　Defendant. | CR NO: 2:24-CR-00310 TLN |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum　　　　☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Cory Seth Erickson | |
| Detained at | North Kern State Prison | |
| Detainee is: | a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint<br>　　　charging detainee with: 18 U.S.C. § 2251 -Sexual Exploitation of a Child | |
| or | b.) ☐ a witness not otherwise available by ordinary process of the Court | |
| Detainee will: | a.) ☐ return to the custody of detaining facility upon termination of proceedings | |
| or | b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility | |

*Appearance is necessary forthwith in the Eastern District of California.*

| | |
|---|---|
| Signature: | */s/ Heiko P. Coppola* |
| Printed Name & Phone No: | Heiko P. Coppola, (916) 554-2770 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum　　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, ***forthwith***, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: January 3, 2025

　　　　　　　　　　　　　　　　　　　　Honorable Chi Soo Kim
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | BZ2549 | DOB: | 11-9-1990 |
| Facility Address: | 2737 W Cecil Ave, Delano, CA 93215 | Race: | W |
| Facility Phone: | (661) 721-2345 | FBI#: | 976335DH1 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　(signature)