HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
CORY SETH ERICKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CORY SETH ERICKSON, <br><br> Defendant. | Case No. 2:24-CR-310-DJC <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** <br><br> Date: May 8, 2025 <br> Time: 9:30 A.M. <br> Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney Heiko Coppola, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Erickson, that the status conference, currently set for May 08, 2025, **may be continued to July 17, 2025, at 9:00 a.m.**, with time between the dates excluded, as detailed below. The parties specifically stipulate as follows:

1. This case was indicted on November 21, 2024, and Mr. Erickson's initial appearance and arraignment on the indictment occurred on January 08, 2025. Dkt. 1, 6.

2. On April 21, 2025, this matter was reassigned to District Judge Daniel J. Calabretta for all further proceedings. Dkt. 15. Pursuant to that reassignment, the previously set status conference before Chief Judge Nunley was reset for the same day before

1     Judge Calabretta, to wit, May 08, 2025. Dkt. 16.

2    3.    The government produced 449 items of discovery, consisting of reports, documents, and native files, on January 22, 2025.

4    4.    Defense counsel represents that she requires additional time to review the produced discovery; investigate the case; conduct legal research; consult with her client; and otherwise prepare for trial. She believes that failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

9    5.    The government does not object to the continuance.

10   6.    Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Erickson in a speedy trial, and respectfully request the Court so to find.

13   7.    For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the parties request that the time period between May 08, 2025 and July 17, 2025 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Erickson in a speedy trial.

The parties therefore respectfully request this Court to adopt the parties' stipulation as its Order.

*The remainder of this page is intentionally blank. Signature blocks immediately follow.*

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: April 29, 2025 | */s/ Christina Sinha*<br>CHRISTINA SINHA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>CORY SETH ERICKSON |
| Date: April 29, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
|   | */s/ Heiko Coppola*<br>HEIKO COPPOLA<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  April 29, 2025                                      /s/ Daniel J. Calabretta
                                                                         THE HONORABLE DANIEL J. CALABRETTA
                                                                         UNITED STATES DISTRICT JUDGE