```
HEATHER E. WILLIAMS, #122664
Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Heather_williams@fd.org

Attorneys for Defendant
CORY SETH ERICKSON
```

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.:   2:24-cr-00310-DJC |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO SUBSTITUTE COUNSEL AND ORDER** |
| CORY SETH ERICKSON, | |
| Defendant. | |

The Office of the Federal Defender hereby moves to withdraw as counsel for the defendant in the above-captioned matter.  Kresta Daly seeks to substitute for the Federal Defender as appointed counsel *nunc pro tunc* to the date the Office contacted counsel regarding this appointment, to wit, July 09, 2025.

As previously announced to the Court, Assistant Federal Defender Christina Sinha will be leaving this office at the end of July.  The Federal Defender has determined that it must reassign certain of its cases outside the office because of a high caseload.  The Federal Defender's Office requests that CJA panel counsel be appointed.

Pursuant to Local Rule 182(g), the defendant respectfully moves this Honorable Court to permit the Federal Defender to withdraw as counsel and to

order the appointment of Kresta Daly to represent Mr. Erickson. Counsel's full name, address and phone are as follows:

>Kresta Nora Daly
>Barth Daly LLP
>PO BOXF
>Winters, CA 95694
>P: 916-440-8600
>E: kdaly@barth-daly.com

Dated: July 10, 2025

>HEATHER E. WILLIAMS
>Federal Defender
>
>*/s/ Heather E. Williams*
>HEATHER E. WILLIAMS
>Federal Defender

I accept the substitution and ask to be appointed.

Dated: July 10, 2025       */s/ Kresta Daly (electronically signed by consent)*
>KRESTA DALY
>Attorney for Defendant
>CORY SETH ERICKSON

I consent to the substitution.

Dated: July 17, 2025       [signature]
>CORY SETH ERICKSON
>Defendant

IT IS SO ORDERED *nunc pro tunc* to July 9, 2025.

Dated: July 17, 2025       */s/ Daniel J. Calabretta*
>THE HONORABLE DANIEL J. CALABRETTA
>UNITED STATES DISTRICT JUDGE