Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
Cory Erickson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORY ERICKSON,<br><br>Defendant. | Case No. 2:24-CR-00310-DJC<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Judge: Honorable Daniel Calabretta. |

**STIPULATION**

1. By previous order this case was set for status conference on August 28, 2025.

2. By this stipulation, the defendants ask to move the status conference until November 6, 2025 and to exclude time between August 28, 2025 and November 6, 2025 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   (a) Counsel for defendant desires time to consult with her client, review the discovery, conduct investigation and otherwise prepare for trial.

   (b) Defense counsel was appointed in late July 2025.

   (c) Mr. Erickson is generally housed in Taft, CA[1]. Taft is a five to six-hour drive from the defense counsel's place of business. Defense counsel has been able to visit Mr.

---

[1] Mr. Erickson has been temporarily housed in Yuba County due to court appearances. Defense counsel expects he will be returned to Taft.

1. Erickson once since being appointed.

2. (d) Counsel for defendant believes failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

(e) The government does not object to the continuance.

(f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

(g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 28, 2025 to November 6, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Dated: August 19, 2025.     Respectfully submitted,

By   /s/ Kresta Daly for
Heiko Coppola
ASSISTANT UNITED STATES ATTORNEY

Dated: August 19, 2025.     BARTH DALY LLP

By   /s/ Kresta Nora Daly
KRESTA NORA DALY
Attorneys for CORY ERICKSON

- 2 -

# ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of August 28, 2025 is vacated. The status conference will be reset for November 6, 2025. The Court finds excludable time through November 6, 2025 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

Dated: August 20, 2025            /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE