Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
Cory Erickson

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-CR-00310-DJC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| CORY ERICKSON, | |
| Defendant. | Judge: Honorable Daniel Calabretta |

BARTH DALY LLP
ATTORNEYS AT LAW

## STIPULATION

1.      By previous order this case was set for status conference on November 6, 2025.

2.      By this stipulation, the defendants ask to move the status conference until November 20, 2025 and to exclude time between November 6, 2025 and November 20, 2025 under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

(a)      Counsel for defendant desires time to consult with her client, review the discovery, conduct investigation and otherwise prepare for trial.

(b)      Defense counsel was appointed in late July 2025.

(c)      Mr. Erickson is generally housed in Taft, CA[1]. Taft is a five to six-hour drive from the defense counsel's place of business. Defense counsel has been meeting with Mr.

---

[1] Mr. Erickson has been temporarily housed in Yuba County due to court appearances.  Defense counsel expects he will be returned to Taft.

1    Erickson via zoom.

2        (d)    Counsel for defendant believes failure to grant the above-requested

3    continuance would deny them the reasonable time necessary for effective preparation, taking into

4    account the exercise of due diligence.

5        (e)    The government does not object to the continuance.

6        (f)    Based on the above-stated findings, the ends of justice served by

7    continuing the case as requested outweigh the interest of the public and the defendants in a trial

8    within the original date prescribed by the Speedy Trial Act.

9        (g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.

10   § 3161, *et seq.*, within which trial must commence, the time period of November 6, 2025 to

11   November 20, 2025,  inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A),

12   B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants'

13   request on the basis of the Court's finding that the ends of justice served by taking such action

14   outweigh the best interest of the public and the defendants in a speedy trial.

15

16   Dated:  October 29, 2025.                    Respectfully submitted,

17

18                                    By____/s/ Kresta Daly for_____
                                         Heiko Coppola
19                                       ASSISTANT UNITED STATES ATTORNEY

20

21

22   Dated:  October 29, 2025.                    BARTH DALY LLP

23                                    By____/s/ Kresta Nora Daly_____
                                         KRESTA NORA DALY
24                                       Attorneys for CORY ERICKSON

25

26

27

28

BARTH DALY LLP
ATTORNEYS AT LAW

- 2 -

1

## **ORDER**

2        GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

3        The status conference of November 6, 2025 is vacated.  The status conference will be

4    reset for November 20, 2025.  The Court finds excludable time through November 20, 2025

5    under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for

6    preparation of counsel.  The Court finds that the interests of justice are best served by granting the

7    request and outweigh the interests of the public and the defendant in a speedy trial.  (18 U.S.C.

8    § 3161(h)(7)(A), (h)(7)(B)(iv).)

9        **IT IS SO ORDERED.**

10   Dated:  October 30, 2025   .

11                                  /s/ Daniel J. Calabretta

                                     HONORABLE DANIEL J. CALABRETTA
12                                   UNITED STATES DISTRICT COURT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARTH DALY LLP
ATTORNEYS AT LAW