Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
Cory Erickson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>CORY ERICKSON,<br><br>        Defendant. | Case No. 2:24-CR-00310-DJC<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Judge: Honorable Daniel Calabretta. |

**STIPULATION**

1.    By previous order this case was set for sentencing on April 9, 2026.

2.    By this stipulation, the defendant asks to move sentencing until June 4, 2026

3.    Defense counsel requires additional time to prepare for sentencing.

3.    The government and probation do not object.

4.    The parties agree and stipulate, and request that the Court reset the disclosure schedule as follows:

| | |
|---|---|
| Draft Presentence Report disclosed to counsel | April 23, 2026 |
| Counsel's informal written objections | May 7, 2026 |
| Final Presentence Report disclosed | May 14, 2026 |
| Formal objection to the Presentence Report | May 21, 2026 |
| Reply or statement of Non-Opposition | May 28, 2026 |
| Sentencing | June 4, 2026 |

BARTH DALY LLP
ATTORNEYS AT LAW

Dated:  February 20, 2026.                    Respectfully submitted,


By    /s/ Kresta Daly for
      Heiko Coppola
      ASSISTANT UNITED STATES ATTORNEY



Dated:  February 20, 2026.                    BARTH DALY LLP


By    /s/ Kresta Nora Daly
      KRESTA NORA DALY
      Attorneys for CORY ERICKSON

STIPULATION AND ORDER                                         [Case No. 2:24-CR-00310-DJC]

## ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The sentencing hearing of April 9, 2026 is vacated.  Sentencing will be reset for June 4, 2026.  The following disclosure schedule is adopted:

| | |
|---|---|
| Draft Presentence Report disclosed to counsel | April 23, 2026 |
| Counsel's informal written objections | May 7, 2026 |
| Final Presentence Report disclosed | May 14, 2026 |
| Formal objection to the Presentence Report | May 21, 2026 |
| Reply or statement of Non-Opposition | May 28, 2026 |
| Sentencing | June 4, 2026 |

**IT IS SO ORDERED.**

Dated:  February 20, 2026                    /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

BARTH DALY LLP
ATTORNEYS AT LAW

- 3 -

STIPULATION AND ORDER                                    [Case No. 2:24-CR_00310-DJC]