Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
Cory Erickson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-CR-00310-DJC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| CORY ERICKSON, | |
| Defendant. | Judge: Honorable Daniel Calabretta. |

**STIPULATION**

1.      By previous order this case was set for sentencing on June 4, 2026.

2.      By this stipulation, the defendant asks to move sentencing until July 2, 2026

3.      Defense counsel requires additional time to prepare for sentencing.

3.      The government and probation do not object.

4.      The parties agree and stipulate, and request that the Court reset the disclosure schedule as follows:

| | |
|---|---|
| Draft Presentence Report was disclosed to counsel | April 23, 2026 |
| Informal written objections | June 4, 2026 |
| Final PSR disclosed | June 11, 2026 |
| Formal Objections to the PSR | June 18, 2026 |
| Reply or Statement of Non-Opposition | June 25, 2026 |

//

BARTH DALY LLP
ATTORNEYS AT LAW

Dated:  May 12, 2026.                    Respectfully submitted,


By    /s/ Kresta Daly for
      Heiko Coppola
      ASSISTANT UNITED STATES ATTORNEY



Dated:  May 12, 2026.                    BARTH DALY LLP


By    /s/ Kresta Nora Daly
      KRESTA NORA DALY
      Attorneys for CORY ERICKSON

- 2 -

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The sentencing hearing of June 4, 2026, is vacated.  Sentencing will be reset for July 2, 2026.  The following disclosure schedule is adopted:

| | |
|---|---|
| Draft Presentence Report was disclosed to counsel | April 23, 2026 |
| Informal written objections | June 4, 2026 |
| Final PSR disclosed | June 11, 2026 |
| Formal Objections to the PSR | June 18, 2026 |
| Reply or Statement of Non-Opposition | June 25, 2026 |
| Sentencing | July 2, 2026, at 9:00 AM |

The Court expects the parties to appear and to be prepared to proceed with judgment and sentencing on July 2, 2026, absent good cause, with compelling circumstances shown.

**IT IS SO ORDERED.**

Dated:  May 13, 2026                         /s/ Daniel J. Calabertta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

BARTH DALY LLP
ATTORNEYS AT LAW

- 3 -