Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
Cory Erickson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CORY ERICKSON,<br>Defendant. | Case No. 2:24-CR-00310-DJC<br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br>Judge: Honorable Daniel Calabretta. |

## STIPULATION

1. By previous order this case was set for sentencing on October 29, 2026.

2. By this stipulation, the defendant asks to move sentencing until November 19, 2026

3. Defense counsel requires additional time to prepare for sentencing. Defense counsel missed over a week of work due to an illness and needs time to prepare formal objections.

3. The government and probation do not object.

4. The parties agree and stipulate, and request that the Court reset the disclosure schedule as follows:

Formal Objections to the PSR October 29, 2026

//

//



BARTH DALY LLP
ATTORNEYS AT LAW

Dated: October 19, 2026. Respectfully submitted,

By /s/ Kresta Daly for
Heiko Coppola
ASSISTANT UNITED STATES ATTORNEY

Dated: October 19, 2026. BARTH DALY LLP

By /s/ Kresta Nora Daly
KRESTA NORA DALY
Attorneys for CORY ERICKSON

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The sentencing hearing of October 29, 2026 is vacated. Sentencing will be reset for November 19, 2026, at 9:00 AM. The following disclosure schedule is adopted:

| | |
|---|---|
| Reply or Statement of Non-Opposition | October 28, 2026 |

**IT IS SO ORDERED.**

Dated: October 20, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

BARTH DALY LLP
ATTORNEYS AT LAW