Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
CORY SETH ERICKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORY SETH ERICKSON,<br><br>Defendant. | Case No. 2:24-CR-00310-DJC<br><br>**EX PARTE APPLICATION TO SEAL EXHIBIT A TO DEFENDANT'S SENTENCING MEMORANDUM** |



BARTH DALY LLP
Attorneys At Law

BARTH DALY LLP
Attorneys At Law

**APPLICATION**

PLEASE TAKE NOTICE that defendant Cory Erickson moves the Court for leave to file Exhibit A to Defendant's Sentencing Memorandum [dated October 1, 2026] under seal. The documents will be served on counsel for the government.

The application is made upon the grounds that good cause exists to file Exhibit A under seal. Courts have found ex parte requests permissible. *U.S. v. Kravetz*, 709 F.3d 47, 53 (1st Cir. 2013).

This Court has the authority to file documents under seal pursuant to Federal Rule of Criminal Procedure 49.1(d). Exhibit A contains Mr. Erickson confidential medical and mental health information.

There is good cause for this court to use its authority under Federal Rule of Criminal Procedure 49.1(d) to file Exhibit A under seal.

Dated: November 4, 2026 Respectfully submitted,

By *\/s/ Kresta Nora Daly*
KRESTA NORA DALY
Attorneys for Cory Erickson

**ORDER**

Good Cause appearing, Exhibit A to the Defendant's Sentencing Memorandum is hereby sealed until further order of the Court.

Dated: November 4, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE