ERIC GRANT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CORY SETH ERICKSON,<br>Defendant. | CASE NO. 2:24-CR-00310-DJC<br><br>ORDER GRANTING MOTION TO CONTINUE SENTENCING |

The Government's motion to continue sentencing is GRANTED. The Government is granted to and including November 26, 2026 to file its sentencing memorandum. Sentencing is RESET for December 3, 2026, at 9:00 a.m.

IT IS SO ORDERED.

Dated: November 16, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE